**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | Case No. 13-38658 |
|---|---|
| Cherry Miller | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/01/2013.

2) The plan was confirmed on 12/19/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 02/06/2014.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 13-38658   Doc 27   Filed 05/29/14   Entered 05/29/14 09:09:38   Desc Main
          Document       Page 2 of 4

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,435.00 |
| Less amount refunded to debtor | $487.00 |

**NET RECEIPTS:** $948.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $899.66 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $48.34 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $948.00

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA CHECKMATE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Affinity Cash Loans | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 500.00 | 2,357.33 | 2,357.33 | 0.00 | 0.00 |
| ARCHERFIELD FUNDING LLC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Brother Loan & Finance | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CASH LOANS TODAY | Unsecured | 50.00 | 929.86 | 929.86 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | NA | 13,926.51 | 13,926.51 | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 500.00 | 382.26 | 382.26 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,000.00 | 111.00 | 111.00 | 0.00 | 0.00 |
| Comcast Chicago Seconds - 4000 | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 40.00 | 100.78 | 100.78 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Priority | 175.00 | NA | NA | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | 500.00 | 1,052.85 | 1,052.85 | 0.00 | 0.00 |
| Edgewater Walk Apts. | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Enterprise Rent a Car | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Field Surgical Associates | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Funding Services | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| GRANITE STATE MANAGEMENT & R | Unsecured | 49,105.00 | 88,309.61 | 88,309.61 | 0.00 | 0.00 |
| H&R Block | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 300.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Toll Hwy Auth | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 7,697.00 | 6,273.37 | 6,273.37 | 0.00 | 0.00 |
| Kurtz Ingalls Urgent AID | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Majestic Star | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Midstate Collection SO | Unsecured | 528.00 | NA | NA | 0.00 | 0.00 |
| Midwest Bank & Trust | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MRSI | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 760.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| Nhhelc/Gsm&R | Unsecured | 28,618.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Olympia Fields Osteopathic Hsp | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Orland Park Dentistry | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 50.00 | 55.66 | 55.66 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 78.06 | 78.06 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 79.43 | 79.43 | 0.00 | 0.00 |
| QUANTUM3 GRP | Unsecured | NA | 1,148.58 | 1,148.58 | 0.00 | 0.00 |
| Sir Finance | Unsecured | 2,010.00 | 1,708.00 | 1,708.00 | 0.00 | 0.00 |
| Sprint | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| THE LOAN MACHINE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 50.00 | 505.07 | 505.07 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Oak Lawn | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$117,018.37** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $948.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$948.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/29/2014              By: /s/ Tom Vaughn
                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**